

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

April 10, 2026

*VIA CM/ECF*

Honorable Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***Mico Titi, LLC v. Agorai Limited*, Civil Action No.: 1:26-cv-02707-JMF**

Dear Judge Furman:

We represent Defendants in this action.  We seek to seal the Declaration of Joshua Sutton because it contains sensitive and confidential business information.  We also seek to redact portions of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order.  The Declaration references potential business transactions, contains contracts with confidential pricing terms, and discusses pending arbitral proceedings, all of which are sensitive.  Separately, the Parties entered into a valid, binding arbitration agreement encompassing the present dispute, and sealing is warranted to help ensure the Parties' arbitral rights, including confidentiality, are preserved.  Lastly, the Sutton Declaration contains an individual's New York address, and sealing is appropriate to protect that nonparty's privacy.  The Opposition references proprietary business information shared with shareholders in confidence.

Here, the Sutton Declaration and Opposition discuss confidential and sensitive business information.  Courts in this District routinely seal such confidential business information, including non-public contract terms and pricing information, where disclosure could place the parties at a competitive disadvantage.  *See, e.g.*, *Toretto v. Donnelley Fin. Sols., Inc.*, 583 F. Supp. 3d 570, 608 (S.D.N.Y. 2022) (Sealing portions of motion to dismiss brief that referenced "the confidential terms of the Supplier Agreement," because release of the Supplier Agreement information "could cause competitive harm to Defendants" while the proposed redactions were "narrowly tailored to protect only this sensitive business information."); *Playtex Prods., LLC v. Munchkin, Inc*., 2016 WL 1276450, at *12 (S.D.N.Y. Mar. 29, 2016) (granting motion to seal portions of brief that referenced underlying "confidential and sensitive business information'); *Refco Grp. Ltd., LLC v. Cantor Fitzgerald, L.P.*, No. 13 2015 WL 4298572, at *5 n.10 (S.D.N.Y. July 15, 2015) (permitting sealing of "information regarding the material terms of [a contract]").

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Washington, D.C.  For more information see www.hoganlovells.com.

- 2 -                                                                April 10, 2026

Secondly, the Sutton Declaration discusses arbitral proceedings.  "Confidentiality is a paradigmatic aspect of arbitration." *Stafford v. Int'l Bus. Machines Corp.*, 78 F.4th 62, 71 (2d Cir. 2023).  Here, Plaintiffs have filed this lawsuit despite the dispute resolution clause encompassing their claims, and the availability of emergency relief from the AAA.  Plaintiffs' counsel's emails to Mr. Sutton indicate that publicity, circumventing arbitration's confidentiality protections, was a motivating factor in filing the lawsuit.  Sutton Decl. ¶¶ 25-30; *id.* Exs. F-H. Efforts to evade a confidentiality provision support sealing.  *See Stafford v. Int'l Bus. Machines Corp.*, 78 F.4th 62, 71 (2d Cir. 2023).

Lastly, the Sutton Decl. and Opposition reference a non-party's likely New York home address. This information should not be included in public filings unnecessarily.  Furman Individual Rules ¶ 7.

Sincerely,

*/s/ William Regan*

William Regan

Partner
william.regan@hoganlovells.com
D +1 212 918 3060

*Attorney for Defendants*

The motion to seal is granted temporarily.  The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 33.

SO ORDERED.

April 10, 2026